IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BILLY JESS BARNARD,**  3:15-cv-00389-SU

    Petitioner,  ORDER

v.

**MARION FEATHER,**

    Respondent.

**BROWN, Judge.**

    Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#8) on May 20, 2015, in which she recommends this Court deny Petitioner's Petition (#1) for Writ of Habeas Corpus under 28 U.S.C. § 2241 and enter a judgment in favor of Respondent. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*,

1 - ORDER

561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#8). Accordingly, the Court **DENIES** Petitioner's Petition (#1) for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED this 24th day of June, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER